Thank you very much for your questions. I'd like to start out with the first part. In the first steps of the thesis, we need to systematically control how the story unfolds in the thesis piece. And we can't underrate it. This is an event that's very under-invested. It should be intervened in. We can speak to it, or we can speak to how it's intervened in California's rules. It's exactly what the Supreme Court wanted us to do, and it's not underrated. I also have a few questions about the law itself. If people are simply approaching the law all around the cause, which we were in the beginning, would that be the right thing to do? Yes, Your Honor. In fact, there are other cases in California, so they may be accepting exceptions for context of the emergency. So if there's a fire in your apartment building, or there's a fire in your neighborhood, you want to handle it that way. You don't want to make a distinction that you accept on your behalf, and that is what the Supreme Court did. Yes, Your Honor. In this case, the government or the state officials There's an exception here also for the utilities that may be apparently on the substance of the case. If there's a fire, there's usually a spokesman in court that will bring it in, and then the state will defer it. So would that still work, if you're in an emergency situation? Well, for public safety, yes, Your Honor. It's an answer, no question. Well, I think public safety is an exception, because if you're in a restaurant or somewhere, that leaves us with a major exception. So even if I'm not aware of this, it would appear to me that all of them depend on the existence of the fire, and that relationship, and having access to phone calls of a prior relationship, such as a customer, or a member of an organization, of that sort of thing, is a prior relationship versus no prior relationship connected with the state of your being. Yes, because if you don't know what your relationship is going to be like, you start to lose interest in speaking. And if you've heard what Justice Thomas said, and you've read it, and you've seen it in court sentences tonight, and you start to lose interest in speaking, that's the first step in determining the quality and fairness of your attorney. You start to lose interest in speaking, and that is a way of controlling your content. If you go back to the interview, it would be not acceptable to distinguish between those people who you have an existing relationship with on the email calls of my colleagues, for example, versus the calls from strangers that I've never met or heard of when I've gone through the sentence, and they're getting worse reviews. You would say that that is impermissible. What was impermissible is the way that the state is essentially charging the charge to the extent that you don't know your preconception. And in this case, like, well, I know, and they've staged it in a way that sort of pieces me, but it's so sweet that it all falls under the generic category of people who you would call separate, not what we call pre-existing relationships. And you might not hear from your friends or your agency or your employer or your church when you admit this. Pre-existing relationships are those with whom you don't celebrate identities as a speaker, but in the answers that you're entitled to, and in the interview, it was finding that when you go to the non-profit organizations, these non-profit organizations can communicate with their members. So, when you look at the non-profit organizations in the country, it looks more simply as political organizations who constitute all the members' clients. However, and we're arguing that in the district court, CPUC was not willing to admit that even if a party could call people who voted in their presidential race as pre-existing, they were not willing to admit that it was a group of all people that were in the eligible class of voters who voted. And I think that's the answer, I think. The question is how to start asking a more generic one, whether your speaker, whether in your view, is constitutionally allowable to distinguish between communications where people clearly have their existing relationship with people or agencies versus those who are not within the area of your pre-existing relationships and get to a question that without being into how it's received, it's because the environment is still struggling with that as a generic concept or the other. If the ECFG said, um, no one will call someone who had prior written expressions or prior expressions, and I think that that's kind of like the relevant use case in the CPUC's brief, but also said, you as the homeowner to request that the doctor remove you from their house. But in the ECFG case, the homeowner makes a pass. So you say, it's obvious that you see your outstanding relationships and policies in your country with prior written state. Why does it have to be written? Why does it have to go on with books like this? I don't know if that's accurate, but all I'm hearing is that the state is the place in which you sign your state's paper. Or if they were to sign on the page of your extension, it would say, hi, do you mind me being a manager for a client who seems to contact you and contact you in this way? Would that be all right? No, because I'm looking at that, and I understand that I'm trying to figure out the balance here, how do I understand the general issue to get a user consent, and say, no one will call someone who has prior consent. Should I express what I'm talking to? I think that would be to know that you're writing that with user consent. In this case, what you're going to finish up is the notion that you're going to contact someone who has previous consent. We're going to let, for example, if you close those three lines of code here, we're going to let a number of unions call people that may or may not support most of the unions, but are required to join the unions because of where they work, where these unions are  and how they're related to unions. Well, even if you took away all the specific unions, even those that are in the stage, even if you just looked at the generic, then you would be on your G-spot in space, so it would be harder, but, you know, it all really follows in that members of organizations oversee labor unions across various social justice programs. All would seem to be involved in the general care for these people who may or may not be required to be seen to do the organization and the work that they're      sent in some kind of letter that says that you are not required to be seen to do the organization and   that they're sent in. So, that's the final code in this interest. Well, I write for offices in this interest. So, I'm in a relationship with you in case you are in a position or a  in a relationship with me. It's not just a time concern. It's a time concern in the same way that when I'm in a relationship with a person else in a church or synagogue where you're saying, like, if I actually want to be associated with this instance, we have to ignore what he has done in the past. But that indicates the situation essentially says, if I am in a relationship with a   in a church or synagogue where you're saying, like, if I actually want to be associated with this instance, we have to ignore what he has done in the past. But that  the situation essentially  if I     church or a synagogue where you're saying, like, if I actually want to be associated with this instance, we                                   have            situation essentially says, if I am in a relationship with a synagogue or a synagogue where you're saying, like, if I am in a relationship with a       saying, like, if I am in a relationship with a synagogue or a synagogue we have to ignore that or that situation . We  not in a relationship with a synagogue . We are in a relationship with a synagogue . If you are going to start a relationship with a a synagogue . If  are are          If you are going   start a relationship  a synagogue . If . If you are          If you are
judges: Graber, Friedland, Marshall